UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 11-42073 |
| | ) Chapter 13 |
| David Gage and, | ) |
| Jennifer Gage | ) **DEBTOR'S MOTION TO AMEND** |
| Debtors. | ) **DUE DATE OF PLAN PAYMENTS** |
| | ) |
| | ) Doug Heagler, #48952MO |
| | ) Attorney for Debtor |
| | ) 901 Boones Lick |
| | ) St. Charles, MO  63301 |
| | ) (636) 278-2778 |

## DEBTOR'S MOTION TO AMEND DUE DATE OF PLAN PAYMENTS

COMES NOW Debtors by counsel and for this Motion to Amend Due Date of Plan Payments, states to the Court as follows:

1. Debtor filed for relief on March 9, 2011. Their plan payments are currently due on or before the 9th of each succeeding month.

2. The Debtors have their rent obligations come due at the beginning of the month.  Debtors often do not receive their adoption assistance until at least halfway through the month.  Budgeting would be easier if the monthly plan payment was due later in the month so they can manage their monthly living expenses more evenly.

3. The Debtor requests the Court enter its Order providing that the plan payments in this case shall be due on the 23rd day of each month.

WHEREFORE, Debtors pray this Court grant the Debtor's Motion and enter its Order providing that the Debtor's payments shall hereafter be due on the 23rd day of each month and for such other and further relief as this Court deems just and proper.

CERTIFICATE OF SERVICE

A copy of the foregoing was served by the ECF System on this 24 day of September, 2012, to:  John V. LaBarge, Jr., P.O. Box 430908, St. Louis, MO  63143.


/s/ Douglas M. Heagler
Douglas M. Heagler, #115112
901 Boones Lick
St. Charles, MO  63301
636 278 2778
fax  1-866-371-9155
dheagler@freshstartbk.com